UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-cr-225 (NEB/TNL)-4 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO WITHDRAW AND FOR** |
| | ) | **APPOINTMENT OF SUBSTITUTE** |
| Fartun Jama, | ) | **COUNSEL** |
| | ) | |
| Defendant. | | |

Comes now Ryan M. Pacyga, counsel for Fartun Jama, and hereby moves the Court to allow counsel to withdraw from the defendant's representation due to the following: Fartun Jama died on April 14, 2023.

Counsel requests that the Court grant this motion to withdraw.

Dated: July 13, 2023                                  Respectfully submitted,


                                                                  *s/ Ryan M. Pacyga*
                                                                  Ryan M. Pacyga (#321576)
                                                                  860 Blue Gentian Road, Ste. 200
                                                                  Eagan, MN 55121
                                                                  Telephone:   (612) 339-5844
                                                                  Email: ryan@arrestedmn.com