# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-225(4) (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Fartun Jama, | |
| Defendant. | |

This matter comes before the Court on Attorney Ryan M. Pacyga and the law firm of Pacyga and Associates, PA's motion to withdraw as counsel for Defendant Fartun Jama. ECF No. 96. The basis for the requested withdrawal is that Defendant Fartun Jama has passed away. By e-mail correspondence, the Government has indicated that there is no dispute as to the fact of Defendant Fartun Jama's death.

For good cause shown, *see* D. Minn. LR 83.7(c), **IT IS HEREBY ORDERED** that the motion is **GRANTED** and Attorney Pacyga and the law firm of Pacyga and Associates, PA are no longer counsel of record for Defendant Fartun Jama.

Date: July 18, 2023

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge